1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
JAMES CUMMINS,                          )
                                        )   Case No.: 2:12-cv-443-MMD-GWF
4                    Plaintiff,          )
                                        )
5        v.                             )
                                        )
6   CAROLYN COLVIN, Acting              )
    Commissioner of Social Security,    )
7                                       )
                     Defendant.         )
8

9
10

**ORDER FOR STAY OF PROCEEDINGS DURING LAPSE IN
APPROPRIATIONS**

11      1.      The Court has been advised that at midnight on September 30, 2013, the
12
continuing resolution that was funding the Department of Justice expired and the
13
appropriation of funds to the Department lapsed.  The same is true for most Executive
14
Branch agencies, including the federal agencies involved in litigation in this District.

15      2.      Absent an appropriation, Department of Justice attorneys and employees
16
of the federal agencies are prohibited from working, even on a volunteer basis,
17
"except for emergencies involving the safety of human life or the protection of
18
property."  31 U.S.C. § 1342.  Civil cases are not deemed to be within this exemption.

19      3.      The Court has been informed that the lapse in appropriations therefore
20
prevents Department of Justice attorneys and their federal agency counterparts from
21
appearing at hearings and depositions and performing work necessary to meet case
22
deadlines, including those imposed by statute, the Federal Rules of Civil Procedure,
23
the Civil Local Rules of this District, and by case management orders issued in
24
individual cases.  This situation will cause prejudice to the interests of the United
25
States and the federal agencies, officers, and employees involved in civil litigation in
26
this District.

27
28

5

WHEREFORE, the Court finds that good cause exists to stay proceedings in the cases identified in the attached list until Congress has restored appropriations.

IT IS THEREFORE ORDERED that all time limits and deadlines in this case are extended for a period of time equal to the duration of the lapse in appropriations to the Department of Justice and the Federal Defendant and depositions and court hearings are vacated. Further, this stay does not apply to applications for emergency relief.

IT IS FURTHER ORDERED that the status conference scheduled for October 17, 2013 at 10:30 a.m. is vacated.

This Order shall apply nunc pro tunc to October 1, 2013.

DATED:  October 7, 2013.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

6