# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES J. CUMMINS, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00443-LRH-GWF |
| vs. | ) **ORDER** |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Acknowledgment (#31) filed January 28, 2014, wherein Plaintiff calls to the Court's attention he has not received a response to his Motion to Reverse (#28). Defendant has filed an Opposition to Plaintiff's Motion to Remand (#30) and Defendant's Cross-Motion to Affirm the Commissioner's Decision (#29) on December 20, 2013. The Certificate of Service, however, indicates they were sent to Gerald Welt, Esq. and Marc Kalagian, Esq., who are not counsel of record in this matter. Plaintiff has filed this matter pro se. Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Acknowledgment (#31) is granted. Defendant's counsel is to serve a copy of its Opposition to Plaintiff's Motion to Remand (#30) and Cross-Motion to Affirm the Commissioner's Decision (#29) on Plaintiff at his address in Pahrump and file a certificate of service regarding same within five (5) days of the date of this Order.

**IT IS FURTHER ORDERED** Plaintiff shall have until twenty (20) days to file a reply from the date of the certificate of service.

DATED this 29th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge